UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| CITY OF SIOUX FALLS,<br><br>        Plaintiff,<br><br>vs.<br><br>AZZURO, INC.; SHORT ELLIOTT,<br>HENDRICKSON, INC.; and BONNO<br>KOERS;<br><br>        Defendants.<br><br>SHORT ELLIOTT HENDRICKSON, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>UNISON SOLUTIONS, INC.<br><br>        Third-Party Defendant.<br><br>AZZURO, INC.,<br><br>        Counterclaimant,<br><br>v.<br><br>CITY OF SIOUX FALLS,<br><br>        Counterclaim Defendant. | Case No. 4:22-cv-4052<br><br><br><br>**UNISON SOLUTIONS, INC'S<br>SUPPLEMENTAL BRIEF IN<br>RESPONSE TO COURT'S<br>MAY 29, 2026 ORDER** |

COMES NOW Third-Party Defendant, Unison Solutions, Inc. ("Unison"), by and through undersigned counsel and provides the following Supplemental Brief in Response to Court's May 29, 2026 Order:

1.      On May 29, 2026, the Court Ordered further briefing from the parties regarding Unison's request for leave to mount an "empty chair" defense at trial. D0146.

2.      In the May 29, 2026 Order, the Court disagreed with Unison's argument that South Dakota law forecloses the jury from determining or apportioning Unison's alleged fault, should the remaining claims against Unison survive any motions made during trial after all evidence has been received. *Id.* at 2-4.

3.      In light of the Court's Order, Unison respectfully withdraws its request to proceed with an "empty chair" defense and intends to appear at trial.

WHEREFORE, Third-Party Defendant, Unison Solutions, Inc., respectfully withdraws its request to proceed with an "empty chair" defense at trial.

DATED this 12th day of June, 2026.

HEIDMAN LAW FIRM, P.L.L.C.

BY:   _____
PATRICK L. SEALEY, SD NO. 2465
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, Iowa   51102
Telephone:   (712) 255-8838
Facsimile:   (712) 258-6714
Patrick.Sealey@heidmanlaw.com
ATTORNEY FOR THIRD-PARTY DEFENDANT,
UNISON SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of June, 2026, I caused the foregoing document to be sent electronically to the following ECF recipients:

Stephen C. Landon
Melissa R. Jelen
William C. Garry
200 East 10th St.
Sioux Falls, SD 57104
(605) 336-0828
slandon@cadlaw.com
mjelen@cadlaw.com
bgarry@cadlaw.com

ATTORNEYS FOR PLAINTIFF
CITY OF SIOUX FALLS

Gregory H. Wheeler
BOYCE LAW FIRM, L.L.P.
300 S. Maine Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
ghwheeler@boycelaw.com

ATTORNEY FOR DEFENDANT
AND THIRD-PARTY PLAINTIFF,
SHORT ELLIOTT HENDRICKSON,
INC.

Mark W. Haigh
Ryan W.W. Redd
Evans Haigh & Arndt LLP SD
225 E. 11th Street
Suite 201
Sioux Falls, SD 57104
rredd@ehalawyers.com
mhaigh@chalawyers.com

AND

J.T. Shoaf (pro hac vice)
George A. Gould (pro hac vice)
Barry M. Markson (pro hac vice)
Gust Rosenfeld, P.L.C.
One E. Washington, Suite 1600
Phoenix, AZ 85004
(602) 257-7422
jtshoaf@pustlaw.com

ATTORNEYS FOR
DEFENDANT/COUNTERCLAIMANT
AZURRO, INC. AND
DEFENDANT BONNO KOERS

- 3 -