UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF SIOUX FALLS,<br><br>Plaintiff,<br><br>vs.<br><br>AZZURO, INC., and SHORT-ELLIOTT-HENDRICKSON, INC.<br><br>Defendants. | 4:22-cv-04052-ECS<br><br><br>**DEFENDANT AZZURO, INC.'S ADDITIONAL BRIEFING ON DEFENDANT UNISON SOLUTION, INC.'S PARTICIPATION AT TRIAL** |
| SHORT ELLIOTT HENDRICKSON, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>UNISON SOLUTIONS, INC.<br><br>Third-Party Defendant | |
| AZZURO, INC.<br><br>Counterclaimant,<br><br>v.<br><br>CITY OF SIOUX FALLS.<br><br>Counterdefendant | |

Defendant Azzuro, Inc. ("Azzuro"), by and through its attorneys of record, respectfully submits that because this Court has ruled the trier of fact will be allowed to allocate fault for all parties, including Third-Party Defendant Unison, they take no position as to whether Unison may mount an "empty chair" defense.

1

Based on the Court's May 29, 2026 Order, it is clear that the jury in this matter may allocate fault to all parties, including Third-Party Defendant Unison. Doc. 149.  It is also clear that Third-Party Defendant Unison will make its witnesses available to testify at trial without the need of a subpoena. Doc. 149 and Doc. 141.   Because of the Court's ruling on fault and Third-Party Defendant Unison's agreement to make its employees/witness available to testify at trial, Defendant Azzuro takes no position on whether Third-Party Defendant Unison may mount an "empty chair" defense.

Dated this 12th day of June, 2026.

EVANS, HAIGH & ARNDT, LLP


*/s/ Ryan W.W. Redd*
Ryan W.W. Redd
225 E. 11th Street, Suite 201
PO Box 2790
Sioux Falls, SD 57101-2790
Office: (605) 275-9599
Email: rredd@ehalawyers.com

and

J.T. Shoaf
GUST ROSENFELD, P.L.C.
One E. Washington, Suite 1600
Phoenix, AZ  85004
Office: (602) 257-7422
Email: jtshoaf@gustlaw.com

*Attorneys for Azzuro, Inc.*