UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CITY OF SIOUX FALLS,<br><br>   Plaintiff,<br><br>v.<br><br>AZZURO, INC. AND SHORT ELLIOTT HENDRICKSON, INC.,<br><br>   Defendants.<br><br>and<br><br>SHORT ELLIOTT HENDRICKSON, INC.,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>UNISON SOLUTIONS,<br><br>   Third-Party Defendant.<br><br>and<br><br>AZZURO, INC.,<br><br>   Counterclaimant,<br><br>v.<br><br>CITY OF SIOUX FALLS,<br><br>   Counterclaim Defendant. | 4:22-cv-4052<br><br><br>**SECOND SUPPLEMENTAL BRIEF OF SHORT ELLIOT HENDRICKSON, INC. REGARDING UNISON'S PARTICIPATION AT TRIAL** |

   COMES NOW Defendant and Third-Party Plaintiff Short Elliott Hendrickson, Inc. ("SEH"), and submits this Second Supplemental Brief to the Court on Unison's Participation at Trial as follows:

1

The Court ordered for further briefing on May 29, 2026, regarding Unison Solutions, Inc. ("Unison") requesting to present as an "empty chair" at trial (Doc. 146 at 1). The Court noted "that the jury must be allowed to make a comparative fault determination of all the alleged joint tortfeasors, including Unison, at trial." (*Id.* at 4). The Court requested additional briefing "in light of the Court's conclusions" and to "articulate their respective positions on Unison voluntarily producing witnesses at trial without the need for a subpoena." (*Id.*) Pursuant to that Order, SEH submits this second supplemental briefing continuing to argue for the necessity of Unison to participate at trial and not as an empty chair.

Based on the Court's May 29, 2026 Order that the jury in this matter may allocate fault to all parties, including Third-Party Defendant Unison, and that Third-Party Defendant Unison will make its witnesses and employees available to testify at trial without the need of a subpoena, SEH no longer takes any position on whether Third-Party Defendant Unison may mount an "empty chair" defense.

Dated this 12th day of June 2026.

/s/Gregory H. Wheeler
Gregory H. Wheeler
Molly R. Schommer
BOYCE LAW FIRM, L.L.P.
300 S. Main Avenue
P.O. Box 5015
Sioux Falls, SD 57117-5015
(605) 336-2424
ghwheeler@boycelaw.com
mrschommer@boycelaw.com
*Attorneys for Short Elliott Hendrickson, Inc.*

2