UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

|  |  |
|---|---|
| CITY OF SIOUX FALLS,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>AZZURO, INC. and SHORT-ELLIOTT-<br>HENDRICKSON, INC.,<br>　　　　　　Defendants,<br><br>and<br><br>SHORT ELLIOT HENDRICKSON, INC.,<br>　　　　Third-Party Defendant,<br><br>v.<br><br>UNISON SOLUTIONS, INC.<br>　　　　　Third-Party Plaintiff,<br><br>and<br><br>AZZURO, INC.<br>　　　　Counterclaimant,<br><br>v.<br><br>CITY OF SIOUX FALLS,<br>　　　　　Counterclaim<br>　　　　　Defendant. | 4:22-cv-04052-ECS<br><br><br>**BRIEF ON CITY'S POSITION IN RESPONSE TO COURT'S MAY 29, 2026 SECOND ORDER FOR SUPPLEMENTAL BRIEFING (DOC 146)** |

Unison Solutions, Inc. has withdrawn its request for leave to proceed with an "empty chair" at trial. *See* DOC 147. Accordingly, the issue that this Court requested supplemental briefing on has become moot. To the extent a further response by the City of Sioux Falls is required, the City of Sioux Falls shares the same position as Unison Solutions, Inc. ("Unison"),

1

and accordingly, hereby joins in Unison Solutions, Inc.'s Supplemental Brief in Response to Court's May 29, 2026 Second Order for Supplemental Briefing (Doc. 147).

Date:  June 12, 2026.

CADWELL SANFORD DEIBERT & GARRY LLP

By /s/  *Melissa R. Jelen*_____
        Stephen C. Landon
        Melissa R. Jelen
        William C. Garry
        200 East 10th St, Suite 200
        Sioux Falls, SD 57104
        605-336-0828
        slandon@cadlaw.com
        mjelen@cadlaw.com
        bgarry@cadlaw.com
        *Attorneys for Plaintiff City of Sioux Falls*